| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)  Browning, James O | 2. Court or Organization  U.S.D. C. for District of NM | 3. Date of Report  05/10/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination,    Date  ☐ Initial    ☒ Annual    ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address  333 Lomas Blvd NW Suite 660 Albuquerque, NM 87102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Custodian | Custodial Account #2 |
| 3. Custodian | Custodial Account #3 |
| 4. Director | Christian Scholarship Fund |
| 5. Director/Membership Committee Chair | Inn of the Courts |

RECEIVED 2007 MAY 14 P 12: 19 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Sunset Mesa Schools Inc., wages |
| 2. 2006 | Self Employed - School Choir Director, income from ▇▇▇▇▇ |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 05/10/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

| X | NONE *(No reportable gifts.)* |

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

| | NONE *(No reportable liabilities.)* |

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wells Fargo | Term Loan | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Corporation | | | | | | | | | See NOTE I @ Part VIII |
| 2. --Working Interest-Cercion #5, Lea County, NM | | | | | Dry Hole | 01/01 | | | Well abandoned Jan 2006 |
| 3. --Working Interest-Cercion #6, Lea County, NM | | None | J | U | | | | | |
| 4. --Working Interest-Cercion #7, Lea County, NM | | None | J | U | | | | | |
| 5. --Working Interest-Garza #1, Lea County, NM | | None | J | U | | | | | |
| 6. --Working Interest- Nash #5 Eddy County, NM | B | Royalty | J | U | | | | | |
| 7. --Working Interest - Nash #9, Eddy County, NM | B | Royalty | J | U | | | | | |
| 8. --Working Interest - Nash #10, Eddy County, NM | A | Royalty | J | U | | | | | |
| 9. --Working Interest - Nash #11, Eddy County, NM | B | Royalty | J | U | | | | | |
| 10. --Working Interest - Nash #12, Eddy County, NM | B | Royalty | J | U | | | | | |
| 11. --Working Interest - Nash #15, Eddy County, NM | C | Royalty | K | U | | | | | |
| 12. --Working Interest - Nash #25, Eddy County, NM | A | Royalty | J | U | | | | | |
| 13. --Working Interest - Nash #19, Eddy County, NM | C | Royalty | J | U | | | | | |
| 14. --Working Interest - Nash #23, Eddy County, NM | A | Royalty | J | U | | | | | |
| 15. --Working Interest - Nash #24, Eddy County, NM | C | Royalty | J | U | | | | | |
| 16. --Working Interest - Nash #29, Eddy County, NM | B | Royalty | J | U | | | | | |
| 17. --Working Interest - Nash #38, Eddy | A | Royalty | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| County, NM | | | | | | | | | |
| 18. --Working Interest - Shell State #1, Lea County, NM | D | Royalty | J | U | | | | | |
| 19. --Working Interest - Shell State #2, Lea County, NM | B | Royalty | J | U | | | | | |
| 20. --Working Interest - Shell State #3, Lea County, NM | A | Royalty | J | U | | | | | |
| 21. --Working Interest - Shell State #4, Lea County, NM | A | Royalty | J | U | | | | | |
| 22. --Working Interest - Shell State #6, Lea County, NM | A | Royalty | J | U | | | | | |
| 23. --Working Interest - Shell State #5, Lea County, NM | | None | J | U | | | | | |
| 24. --Working Interest - Snoddy Federal #1, Lea County, NM | C | Royalty | J | U | | | | | |
| 25. --Working Interest - West Loving #1, Eddy County, NM | A | Royalty | J | U | | | | | |
| 26. --Working Interest - Queen Lake 36 #1, Eddy County NM | A | Royalty | J | U | | | | | |
| 27. --Working Interest - Milano St #1, Eddy County, NM | A | Royalty | J | U | | | | | |
| 28. --Working Interest - Milano St #2, Eddy County, NM | A | Royalty | J | U | | | | | |
| 29. --Working Interest - Tirano St, Eddy County, NM | A | Royalty | J | U | | | | | |
| 30. --Working Interest - Hopi Federal, Lea County, NM | A | Royalty | J | U | | | | | |
| 31. --Working Interest - Tomcat 16 St #2, Eddy County, NM | A | Royalty | J | U | | | | | |
| 32. --Working Interest - Tomcat 16 St #3, Eddy County, NM | A | Royalty | J | U | | | | | |
| 33. --Working Interest - Tomcat 16 St #4, Eddy | A | Royalty | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| County, NM | | | | | | | | | |
| 34. --Working Interest - Tomcat 16 St #6, Eddy County, NM | A | Royalty | J | U | | | | | |
| 35. --Working Interest - Tomcat 16 St #7, Eddy County, NM | A | Royalty | J | U | | | | | |
| 36. --Working Interest - Tomcat 16 St #8, Eddy County, NM | A | Royalty | J | U | | | | | |
| 37. --Working Interest - Tomcat 16 St #10, Eddy County, NM | A | Royalty | J | U | | | | | |
| 38. --Working Interest - Tomcat 16 Fed #13, Eddy County, NM | A | Royalty | J | U | | | | | |
| 39. --Working Interest - Oxy Federal #1, Eddy County, NM | C | Royalty | K | U | | | | | |
| 40. --███████████1, Eddy County, NM | A | Royalty | J | U | | | | | |
| 41. --Working Interest - N Scanlon, Eddy County, NM | | None | J | U | | | | | |
| 42. --Working Interest - Forty Niner Ridge Unit 3 | A | Royalty | J | U | | | | | |
| 43. --Working Interest - Forty Niner Ridge Unit 2 | A | Royalty | J | U | | | | | |
| 44. --Working Interest - Forty Niner Ridge Unit 4 | D | Royalty | J | U | | | | | |
| 45. --Working Interest - Forty Niner Ridge Unit 6 | B | Royalty | J | U | | | | | |
| 46. --Working Interest - Forty Niner Ridge Unit 1 | A | Royalty | J | U | | | | | |
| 47. --Working Interest - USP Fee #2, Eddy County, NM | | None | K | U | Buy | 04/01 | K | | Strata Production |
| 48. --Dinero Joint Venture - Roswell, NM | G | Royalty | N | U | Flow Through | | | G | See Note #5, Part VIII |
| 49. --LTD Partnership Real Estate, | C | Rent | | | Final Dist | 08/31 | K | | Partnership |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Browning, James O | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Albuquerque, NM | | | | | | | | | Terminated |
| 50. ----Undivided interest in vacant land #1, Albuquerque, NM | | | | | Distribution | 01/15 | M | | See Note 2, Part VIII |
| 51. | | | | | Sale | 01/17 | M | G | See Note 2, Part VIII |
| 52. ----Section 1031 Exchange Proceeds | | | | | Reinvested | 03/23 | M | | See Note 2, Part VIII |
| 53. --Single Member LLC | | | | | | | | | See Note 1, Part VIII |
| 54. ----NM Bank & Trust Checking/Savings | | None | J | T | | | | | |
| 55. ----Rental Property #3, Albuquerque, NM (2006, $663,074) | F | Rent | O | R | Buy | 03/23 | O | | See Note 2, Part VIII |
| 56. ----Vacant land #2, Albuquerque, NM (2006, $900,754) | | None | O | R | Buy | 03/13 | O | | See Note 2, Part VIII |
| 57. ----Rental Property #2, Albuquerque, NM (2005, $611,855) | D | Rent | O | R | | | | | |
| 58. ----Title Co Acct-Sec 1031 Exch Proceeds | | | | | Reinvested | 03/13 | O | | See Note 2, Part VIII |
| 59. --IBM - Common Stock | A | Dividend | K | T | | | | | |
| 60. --Fidelity Money Market | C | Dividend | O | T | | | | | |
| 61. --Checking Account at New Mexico Bank & Trust | | None | K | T | | | | | |
| 62. Trust #1 - Vanguard Brokerage Acct - Prime Money Market | A | Dividend | K | T | | | | | |
| 63. Trust #1 - Treasury Bills | E | Interest | O | T | | | | | |
| 64. Trust #1 - Savings Bonds | D | Interest | L | T | | | | | |
| 65. Trust #1 (Brokerage Account at Fidelity) | | | | | | | | | See NOTE 1 @ |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | Part VIII |
| 66.   --Fidelity Municipal Money Market | B | Dividend | J | T | | | | | |
| 67.   --Travelers Property Class A Common Stock | A | Dividend | J | T | | | | | |
| 68.   IRA #1 (Fidelity Brokerage Account) | | | | | | | | | See NOTE 1 @ Part VIII |
| 69.   -- Timewarner Common Stock | A | Dividend | J | T | | | | | |
| 70.   --Cisco Common Stock | | None | J | T | | | | | |
| 71.   --Dell Common Stock | | None | J | T | | | | | |
| 72.   --EMC Common Stock | | None | J | T | | | | | |
| 73.   --Gateway Common Stock | | None | J | T | | | | | |
| 74.   --Proctor & Gamble Common Stock | A | Dividend | J | T | | | | | |
| 75.   --International Paper Common Stock | A | Dividend | J | T | | | | | |
| 76.   --McData Common Stock | | None | J | T | | | | | |
| 77.   --Merck Common Stock | A | Dividend | K | T | | | | | |
| 78.   --Microsoft Common Stock | A | Dividend | J | T | | | | | |
| 79.   --PMC - Sierra Common Stock | | None | J | T | | | | | |
| 80.   --Pfizer Common Stock | A | Dividend | J | T | | | | | |
| 81.   --Qwest Common Stock | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 82. --Charles Schwab Common Stock | A | Dividend | J | T | | | | | |
| 83. --Tellabs Common Stock | | None | J | T | | | | | |
| 84. --Xilinx Common Stock | A | Dividend | J | T | | | | | |
| 85. --Baron Small Cap Fund | D | Dividend | M | T | | | | | |
| 86. --Baron Partners Fund | A | Dividend | L | T | | | | | |
| 87. --Dodge & Cox Interntl Stock Fund | B | Dividend | L | T | | | | | |
| 88. --Meridian Growth Fund | D | Dividend | M | T | | | | | |
| 89. --Rydex OTC Investor Class | | None | M | T | | | | | |
| 90. --Vanguard Int'l Growth Portforlio | D | Dividend | L | T | | | | | |
| 91. --Vanguard Total Stock Mareket | C | Dividend | M | T | | | | | |
| 92. --Fidelity Cash Reserves | B | Dividend | K | T | | | | | |
| 93. --Federated Dept Store Common Stock | A | Dividend | K | T | | | | | |
| 94. IRA #2 (Fidelity Brokerage Account) | | | | | | | | | See NOTE 1 @ Part VIII |
| 95. --Alliance Technology Class A (Mutual Fund) | | None | K | T | | | | | |
| 96. --Putnam OTC & Energy Growth Class A (Mutual Fund) | | None | J | T | | | | | |
| 97. --Vanguard Total Stock Market | A | Dividend | K | T | | | | | |
| 98. --Fidelity Cash Reserve | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 99. Custodial Account #3 | | | | | | | | | See NOTE 1 @ Part VIII |
| 100. --Vanguard Total Stock Market | A | Dividend | J | T | | | | | |
| 101. --Allnc Global Tech Fund (fka All Bern Tech Fnd) Mutual Fund | | None | | | Sell | 11/24 | J | A | |
| 102. --Fidelity Cash-Money Market | A | Interest | J | T | | | | | |
| 103. 529 Acct #1 (A.G. Edwards) Cap 75 Equity (Mutual Fund) | | None | | | Distribution | 09/26 | J | | See NOTE 6 @ Part VIII |
| 104. 529 Acct. #2 (A.G. Edwards) Cap 75 Equity (Mutual Fund) | | None | | | Distribution | 09/26 | K | | See NOTE 6 @ Part VIII |
| 105. 529 Acct #3 (A.G. Edwards) Cap 75 Equity (Mutual Fund) | | None | | | Distribution | 11/01 | K | | See NOTE 6 @ Part VIII |
| 106. Oppenheimer Scholar's Edge 529 Acct #1 (A. G. Edwards) | | None | K | T | Contribution | Var. | K | | See NOTE 6 @ Part VIII |
| 107. Oppenheimer Scholar's Edge 529 Acct #2 (A. G. Edwards) | | None | K | T | Contribution | Var. | K | | See NOTE 6 @ Part VIII |
| 108. Custodial Account #2 | | | | | | | | | See NOTE 1 @ Part VIII |
| 109. --Alliance Bernstein Tech Fund- Class B (Mutual Fund) | | None | | | Sell | 08/24 | J | A | |
| 110. --Wachovia Money Fund (Evergreen) | A | Interest | | | Distribution | 08/30 | J | | |
| 111. Roth #3 - (A.G. Edwards) | | | | | | | | | See NOTE 1 @ Part VIII |
| 112. --Centennial Money Market (fka AG Edwds Csh & Mny Fund (X) | A | Dividend | J | T | | | | | See NOTE 3 @ Part VIII |
| 113. --Capital World Growth Income Fund Inc Class A Shares | A | Dividend | J | T | Buy | 4/15 | J | | |
| 114. --New World Fund Inc New Class A Shares | A | Dividend | J | T | Buy | 4/15 | J | | |
| 115. --Growth Fund of America Inc | A | Dividend | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 116.   Checking Account - Wells Fargo Bank | B | Interest | L | T | | | | | |
| 117. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 05/10/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

NOTE 1 - These items listed in Section VII that have the note "See NOTE 1 @ Part VIII" in Column D(5) are headers only. The specific assets held in that corporation/trust/accounts are indented and listed individually following the header.

NOTE 2 - Unreinvested Section 1031 Exchange proceeds at 12/31/05 (2005 Item #58, Part VII) were reinvested on 03/13/06 into vacant land #2 in Albuquerque (Item #56, Part VII). In January 2006 the Real Estate Ltd Partnership (Item #49, Part VII), distributed an undivided interest in vacant land (Item #50, Part VII). On January 17, 2006 that land was sold and the proceeds were placed in escrow for reinvestment (Item #52, Part VII). On March 23, 2006 the Section 1031 proceeds were reinvested in Rental Property #3 (Item #55, Part VII). On August 31, 2006, the Real Estate Ltd Partnership distributed the remaining cash and the Partnership was terminated.

NOTE 3 - Item # 112 in Part VII represents an investment which by itself is exempt from reporting. The overall account in which the account in which it is held is not exempt, therefore all investments held in that account are listed and those which are individually exempt are labelled with an (X) and have the notation "See NOTE 3 @ Section VIII" in column D(5).

NOTE 4 - Roth IRA accounts #1 and #2 on the December 31, 2005 report (2005 Items #110 to 118 in Part VII) have been removed from this report as the owners of those accounts are no longer ██████████ of the person reporting.

NOTE 5 - Dinero Joint Venture (Item #48, Part VII) sold all of its oil and gas interests during 2006, resulting in flow through capital gain income to the person reporting. At December 31, 2006 the only remaining asset in the Joint Venture was cash

NOTE 6 - The Section 529 Education Plan Accounts (Items # 103, 145 and 105 in Part VII) were partially distributed as reimbursement for college expenses during 2006. The remaining balances were rolled over to new Oppenheimer Section 529 Educational accounts (Items # 106 and 107 in Part VII) in September and Novermber 2006 and the accounts were closed. Additional contributions were made to the two new Oppenheimer Section 529 Educational accounts on December 28, 2006.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Date 5/10/07

OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL

---

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544